## UNITED STATES BANKRUPTCY COURT
### Middle District of North Carolina (Greensboro)

IN RE:

Debtors: Keith R. Newman and Lisa O. Newman

Case No.: 12-11567

Loan Number (Last 4): 4386

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Madison Revolving Trust 2017 | HSBC Mortgage Services, Inc. |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 5 |
| Salt Lake City, UT 84115 | Amount of Claim: $202,573.24 |
| | Date Claim Filed: 12/28/2012 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 8500 |
| Last Four Digits of Acct #: 4386 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 4386

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Gina Hiatt          Date: 12/29/2017
BK Management
(Approved by: Kiana Tebbs)

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

480095-810c0f4e-81b2-46e5-afb3-7a41dd6ab9ee