**Fill in this information to identify the case:**

Debtor 1  Keith R. Newman

Debtor 2  Lisa O. Newman (Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of North Carolina Greensboro Division
(State)

Case number  12-11567

# Form 4100R
# Response to Notice of Final Cure Payment

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1   Mortgage Information

**Name of Creditor:** Madison Revolving Trust 2017

**Court Claim No.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 4386

**Property address:**   3616 Homeward Trl
Franklinville, NC 27248

## Part 2:   Prepetition Default Payments

Check One:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3:   Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  01/25/2018

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of 01/25/2018 is:

  a.  Total postpetition ongoing payments due:    (a) $_____

  b.  Total fees, charges, expenses, escrow, and costs outstanding:   +  (b) $_____

  c.  **Total.** Add lines a and b    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __/__/____

Middle District of North Carolina

| **Part 4** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |

**The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**  /s/Michael Jay Emrey
       Signature

Date: January 4, 2018

**Print:**  Michael Jay Emrey
           First Name    Middle Name    Last Name

Title  Attorney

Company  SHAPIRO & INGLE

If different from the notice address listed on the proof of claim to which this response applies:

Address  10130 Perimeter Parkway, Suite 400
         Number         Street

         Charlotte, NC 28216
         City                     State    ZIP Code

Contact phone  (704)333-8107

Email: ncbkmail@shapiro-ingle.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:
   KEITH R. NEWMAN                                                          12-11567
   LISA O. NEWMAN                                                          CHAPTER 13

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Keith R. Newman and Lisa O. Newman
3616 Homeward Trl
Franklinville, NC 27248

(Served via Electronic Notification Only)
William E. Mathers
135 Worth St
Asheboro, NC 27203

(Served via Electronic Notification Only)
Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
P.O. Box 1720
Greensboro, NC 27402-1720

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

     This the 4th day of January, 2018.

                                                              */s/ Michael Jay Emrey*
                                     Michael Jay Emrey, Attorney for Creditor, Bar # 49187
                                     memrey@logs.com |704-831-2315
                                     Shapiro & Ingle, LLP
                                     10130 Perimeter Pkwy, Suite 400
                                     Charlotte, NC 28216
                                     Phone: 704-333-8107 | Fax: 704-333-8156
                                     Supervisory Attorney Contact: Jonathan Davis
                                     jodavis@logs.com | 704-831-2392
                                     Electronic Service Notifications: ncbkmail@shapiro-ingle.com

Form 4100R                         **Response to Notice of Final Cure Payment**