IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:
  KEITH R. NEWMAN AND LISA O. NEWMAN                    12-11567
                                                         Chapter 13


**NOTICE OF APPEARANCE PURSUANT TO RULE 9010 (b) and REQUEST FOR NOTICES UNDER RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure enters the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Select Portfolio Servicing, Inc. Servicer for Madison Revolving Trust 2017 ("Select Portfolio Servicing, Inc."), a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be mailed to counsel.

*/s/Michael Jay Emrey*
Michael Jay Emrey, Attorney for Creditor, Bar # 49187
memrey@logs.com |704-831-2315
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Jonathan Davis
jodavis@logs.com | 704-831-2392
Electronic Service Notifications: ncbkmail@shapiro-ingle.com